STATE of Missouri, Respondent,

v.

Armon Assante THOMPSON, Appellant.

WD 76615

Missouri Court of Appeals, Western District.

May 12, 2015

Dora Fichter, Jefferson City, MO for respondent.

Margaret M. Johnston, Columbia, MO for appellant.

Before Division Two: Lisa White Hardwick, Presiding Judge, Victor Howard and Cynthia L. Martin, Judges

ORDER

Per Curiam

Armon Thompson appeals his convictions for second-degree murder and armed criminal action. Thompson challenges the sufficiency of the evidence to support his convictions and the court's ruling that precluded him from cross-examining a detective about a pending federal investigation against the detective. After a thorough review of the briefs and the record, we find no error and affirm the judgment of convictions. A formal, published opinion would serve no jurisprudential purpose; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).